

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00008-CV

———————————————————

WILLIAM E. RILEY, RILEY WEALTH ADVISORS, L.L.C., AND RILEY
PRIVATE CLIENT, L.L.C., Appellants

V.

BRITTA (BRIE) REYES, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-329373-21

Before Wallach, J.; Sudderth, CJ.; and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Rule 42.1 Notice of Voluntary Dismissal of Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 12, 2022